**DISMISS and Opinion Filed May 19, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00256-CV**

**IN THE INTEREST OF N.E. AND R.E., CHILDREN**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-55888-2020**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellant's motion to dismiss the appeal. Appellant asserts in his motion that the appeal is now moot because the trial court has granted his motion for new trial. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

230256f.p05

/Nancy Kennedy//
NANCY KENNEDY
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN THE INTEREST OF N.E. AND
R.E., CHILDREN

No. 05-23-00256-CV

On Appeal from the 469th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 469-55888-
2020.
Opinion delivered by Justice
Kennedy. Justices Pedersen, III and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 19th day of May, 2023.